PROB. 12B
(7/93)

# United States District Court

### for the

### DISTRICT OF HAWAII



ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: LINDSAY DUZON          Case Number: CR 02-00179HG-05

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 10/6/2003

Original Offense:    Count 1: CONSPIRACY TO MANUFACTURE AND DISTRIBUTE
                     IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE, in violation
                     of 21 U.S.C. §§ 846 and 841(a)(1)

Original Sentence:   Twenty-seven (27) months imprisonment followed by five (5) years
                     of supervised release with the following special conditions: 1) That
                     the defendant participate in a substance abuse program, which
                     may include drug testing at the discretion and direction of the
                     Probation Office; and 2) That the defendant is prohibited from
                     possessing any illegal or dangerous weapons.

Type of Supervision: Supervised Release    Date Supervision Commenced: 10/28/2005

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

       *General Condition*          *That the defendant shall refrain from any unlawful use
                                    of a controlled substance. The defendant shall
                                    submit to one drug test within 15 days of the
                                    commencement of supervision and at least two drug
                                    tests thereafter but no more than 8 valid drug tests
                                    per month during the term of supervision (mandatory).*

       *Special Condition No. 1*    *That the defendant shall participate and comply with
                                    substance abuse treatment which includes drug and
                                    alcohol testing in a program approved by the
                                    Probation Office. The defendant is to refrain from the*

Prob 12B
(7/93)

2

                        *possession and/or use of alcohol while participating in substance abuse treatment.*

*Special Condition No. 3*    *That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. General Condition and Standard Condition No. 7 | The subject admitted using cocaine and marijuana on 2/5/2008. |

    Until recently the subject had been compliant and a productive member of the community. Specifically, he has maintained stable employment with Aiwohi Brothers as a mechanic, and successfully completed outpatient substance abuse treatment on 10/3/2006. Furthermore, the subject has maintained a positive attitude towards supervision and his overall supervision adjustment has been positive.

    However, the subject recently relapsed and returned to abusing cocaine and marijuana. On 2/7/2008, the subject reported to the Probation Office and submitted a drug test that was presumptive positive for cocaine and marijuana. When questioned, the subject admitted that he has been abusing cocaine and marijuana since November 2007. He stated that he would provide his homeless friends transportation and in turn, they would supply him with marijuana cigarettes that also contained cocaine. He admitted that he last used cocaine and marijuana on 2/5/2008.

    Despite the severity of his relapse, the subject stated that he is capable of quitting his drug use and does not consider himself an addict. He believes his drug use is recreational because he likes the euphoria and does not need the "high" to function. Nonetheless, the subject was remorseful for his actions and agreed to hold himself accountable for his indiscretion. As a result, the subject was verbally admonished and warned that future noncompliance would result in greater consequences, including the possibility of revocation proceedings.

Prob 12B
(7/93)

3

    As a therapeutic intervention, the subject enrolled in outpatient substance abuse treatment and random drug testing at Hina Mauka. The subject's substance abuse counselor believes he has the motivation, environment, and skills to live a drug-free and productive life. In addition, the subject has agreed to work with our office on various cognitive-based written exercises that will support his efforts to live a drug and crime free life.

    Given the subject's overall progress while on supervision, coupled with his honesty and motivation to address his drug abuse, we respectfully recommend that the Court allow the subject to remain under our supervision providing the Court impose the conditions as noted above. Pursuant to *United States vs. Stephens*, the proposed modification of the General Condition will allow our office to continue drug testing for the duration of supervision. By amending Special Condition No. 1, the subject would be prohibited from the possession and/or use of alcohol while participating in substance abuse treatment. This should deter the subject from transferring his drug abuse to alcohol abuse. Lastly, imposing Special Condition No. 3 would provide our office with an additional supervision tool should the need arise for a search. These amended and additional conditions will allow our office to closely monitor the subject's progress and to deter future noncompliance.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modifications of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections.

                                                                       Respectfully submitted by,

                                                                       JONATHAN K. SKEDELESKI
                                                                       U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/19/2008

Prob 12B
(7/93)

4

---

THE COURT ORDERS:

[ X ]  The Modification of Conditions as Noted Above
[   ]  Other

_____
HELEN GILLMOR
Chief U.S. District Judge

2·19·08
_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

| | |
|---|---|
| General Condition | That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory). |
| Special Condition No. 1 | That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. |
| Special Condition No. 3 | That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. |

Witness: _/s/ Jonathan K. Skedeleski_
JONATHAN K. SKEDELESKI
U.S. Probation Officer

Signed: _Lindsay Duzon_
LINDSAY DUZON
Supervised Releasee

2-11-08
Date